**COURTROOM DEPUTY MINUTES**  DATE: 1/17/06
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 4:35 - 4:41

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05MJ-006-CSC**   DEFT. NAME: **CRAIG M. CANADY**

USA: **KENT BRUNSON**   ATTY: **KEVIN BUTLER**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

USPTSO/USPO: **RON THWEATT**

Defendant ____ does √ does NOT need an interpreter;
Interpreter present √ NO ____ YES   NAME _____

- √ Kars.    Date of Arrest **1/17/06**  or  ☐ karsr40
- √ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ Finaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- √ koappted    **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- √ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ set for____; ☐ **Prelim. Hrg** ☐ Set for____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- √ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- √ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ **25,000** Deft released (kloc LR)
       ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ Karr.    ARRAIGNMENT SET FOR:____ ☐HELD. Plea of **NOT GUILTY** entered.
       ☐ Trial Term ____; ☐ PRETRIAL CONFERENCE DATE: ____
       ☐DISCOVERY DISCLOSURES DATE: ____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**

*** Court **ORDERS** that a more thorough investigation be made into defts finance; Also, **ORDERS** that the defendant contribute to cost of attorney.