IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 2:06MJ6-CSC |
| ) | |
| CRAIG MICHAEL CANADY ) | |
| TROY COLDRIDGE WILLIAMS | |

## **ORDER**

For good cause, it is

**ORDERED** that a preliminary hearing be and is hereby scheduled for **January 20, 2006, at 3:00 p.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If a defendant is in custody, the United States Marshall or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 18th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE