IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:06cr12-MEF |
| ) | |
| CRAIG MICHAEL CANADY, SR. ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for February 8, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: CRAIG MICHAEL CANADY, SR. before Magistrate Judge Susan Russ Walker, United States District Court, Courtroom 5-B, on the 8th day of February, 2006, at 10:00 a.m..

DONE, this the 24th day of January, 2006.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   TROY COLDRIDGE WILLIAMS
      Charles Vercelli
      United States Attorney
      United States Pretrial Services
      United States Probation Office