| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 8, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:18 - 11:23 |

√ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr12-MEF-SRW    **DEFENDANT NAME:** Craig Michael Canady, Jr.
**AUSA:** Kent Brunson    **DEFENDANT ATTORNEY:** Kevin Butler
 Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
 ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
**Interpreter present?** ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE on Indictment.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**  √ **Not Guilty** *(Superseding Indictment)*
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**     ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM:  9/11/06       √ WAIVER OF SPEEDY TRIAL filed.
      **DISCOVERY DISCLOSURE DATE: 2/8/06**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
❏ Defendant remanded to custody of U. S. Marshal.
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
       ❏ Defendant requests time to secure new counsel