| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: February 28, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording: 8:43 - 8:48** |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE. Susan Russ Walker** | **DEPUTY CLERK: Joyce Taylor** |
| **CASE NUMBER:** 2:06cr12-MEF | **DEFENDANT(S)** Craig Michael Canady, Sr., Troy Coldridge Williams |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Kevin Butler (Canady) |
| | * | Charles Vercelli (Williams) |

☐ **DISCOVERY STATUS:**
   Government states discovery furnished at arraignment - Government will also furnish to counsel when received lab reports - also CD & video tape to be turned over this week

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Plea negotiations

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**
   Mr. Vercelli wants additional time to file motions - Mr. Butler wants to file motion to suppress Court givens both attorneys until tomorrow (3/1/06) to file motions - both attorneys state that motions do not need to be set for hearing immediately as case will probably plea