IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr012-MEF |
| | ) | |
| CRAIG M. CANADY | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

## **ORDER**

Upon consideration of defendants' motions to suppress (Doc. ##50, 51), filed March 1, 2006, and for good cause, it is

ORDERED that a hearing to address the motions is scheduled for 9:00 a.m. on July 11, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE