IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:06cr12-MEF |
| | ) |
| CRAIG M. CANADY | ) |

**MOTION TO WITHDRAW MOTION TO SUPPRESS**

**NOW COMES** the Defendant, Craig M. Canady, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court for an Order allowing the Defendant to withdraw his previously filed Motion to Suppress. In support of said Motion, the Defendant makes the following assertions.

1. On March 1, 2006, Defense counsel filed a Motion to Suppress. In the motion the defense sought to exclude evidence obtained seized at the time of Mr. Canady's arrest.

2. After further investigation into the facts surrounding the arrest, consultation with the Defendant, and consultation with government counsel, Defense counsel and Mr. Canady have determined that the previously filed Motion to Suppress should be withdrawn.

**WHEREFORE**, the Defendant prays that his Motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr12-MEF |
| | ) | |
| **CRAIG M. CANADY** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


    Respectfully submitted,


    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138