IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr12-MEF |
| ) | |
| CRAIG M. CANADY  ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to withdraw motion to suppress (Doc. # 81), filed July 7, 2006, and for good cause, it is

ORDERED that the motion to withdraw motion to suppress be and hereby is GRANTED.

DONE, this 10th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE