IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr12-MEF |
| | ) | |
| **CRAIG MICHAEL CANADY** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Craig Michael Canady, by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Undersigned counsel would request that the change of plea hearing be scheduled for the week of August 7 - 11, 2006, as undersigned counsel will be out of the district August 14 - 18, 2006.

Dated this 4th day of August 2006.

                                                                       Respectfully submitted,

                                                                        s/ Kevin L. Butler
                                                                        KEVIN L. BUTLER
                                                                        First Assistant Federal Defender
                                                                        201 Monroe Street, Suite 407
                                                                        Montgomery, Alabama 36104
                                                                        Phone: (334) 834-2099
                                                                        Fax: (334) 834-0353
                                                                        E-mail: kevin_butler@fd.org
                                                                        AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.: 2:06cr12-MEF |
| | ) |
| **CRAIG MICHAEL CANADY** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138