IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| CRAIG MICHAEL CANADY, SR. | ) | |

### MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue sentencing in the above-styled case and as grounds therefore says as follows:

1. The defendant is currently set for sentencing on November 21, 2006.

2. On information and belief, the United States avers that Defendant Canady will be a necessary witness at the trial to be conducted on November 27, 2006, in the case of United States v. Terrence Cornelius and Demetrius J. Hawkins, Case Number 2:06-cr-12-MEF.

3. The full extent of Defendant Canady's substantial assistance will not be known until the trial is complete in United States v. Terrence Cornelius and Demetrius J. Hawkins.

4. The undersigned has contacted Kevin Butler, attorney for defendant, who has no objection to this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue the sentencing in the above-styled matter to a date after the completion of the jury trial in the case of United States v. Terrence Cornelius and Demetrius J. Hawkins.

Respectfully submitted this 20th day of October, 2006.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/ Kent B. Brunson
                    KENT B. BRUNSON
                    Assistant United States Attorney
                    Bar Number: ASB-3094-U62K
                    One Court Square, Suite 201
                    Montgomery, Alabama 36104
                    Telephone: (334) 223-7280
                    Fax: (334) 223-7135
                    E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| CRAIG MICHAEL CANADY, SR. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov