IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-12-MEF |
| | ) | |
| CRAIG MICHAEL CANADY, SR. | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #139) filed on October 20, 2006, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for November 21, 2006 is continued to December 19, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 27th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE