IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr12-MEF |
| | ) | |
| **CRAIG MICHAEL CANADY** | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Craig Michael Canady, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing and for an order sealing this Motion. In support of this motion, the Defendant would show the following:

1. On August 10, 2006, pursuant to a negotiated plea agreement, Mr. Canady entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on December 19, 2006, before the Honorable Mark Fuller.

3. Mr. Canady is currently providing substantial assistance to the government against his co-defendants, in the case of *United States v. Hawkins and Williams,* 2:06cr12-MEF. This cooperation will include testifying at the trial scheduled for February 5, 2007 and meeting with law enforcement agents and government officials. As a result, Mr. Canady's cooperation can not be completed on or before December 19, 2006.

4. As this Court will need to review the full extent of Mr. Canady's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. Canady additional time to complete the assistance he is providing the

government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5. The United States, through the Assistant United States Attorney Kent Brunson, has no opposition to and concurrently requests this continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from December 19, 2006, until after the trial of *USA v. Hawkins and Williams,* 2:06cr12-MEF scheduled for February 5, 2007, and an order entered sealing this Motion.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.: 2:06cr12-MEF |
| | ) |
| **CRAIG MICHAEL CANADY** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138