IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-12-MEF |
| | ) | |
| CRAIG MICHAEL CANADY | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing (Doc. #163) filed on November 27, 2006, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for December 19, 2006 is continued to March 14, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 29th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE