AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

CRAIG MICHAEL CANADY, SR. AND
TROY COLDRIDGE WILLIAMS

**NOTICE**

CASE NUMBER: 2:06cr12-UWC

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Frank M. Johnson U.S. Courthouse<br>One Church Street<br>Montgomery, AL | Courtroom 2-F |
| | DATE AND TIME |
| | 9:00 a.m. |

TYPE OF PROCEEDING

Sentencing set for March 14, 2007 before Senior U.S. District Judge U.W. Clemon in Courtroom 2-F

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Debra P. Hackett, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*/s/ Kelli Gregg*

March 2, 2007
DATE

(BY) DEPUTY CLERK

TO: