AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** CRAIG MICHAEL CANADY, SR.
**CASE NUMBER:** 2:06-cr-12-UWC

## IMPRISONMENT

RECEIVED
2007 JUN 18 P 4: 45
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

TWENTY-SEVEN (27) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on   Friday, May 25, 2007   .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

RETURNED AND FILED
JUN 22 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

COMMITTED/V/S TO USP FPC ATLANTA
GA. ON 05/25/07
THE INSTITUTION DESIGNATED
BY THE BUREAU OF PRISONS
FOR SERVICE OF SENTENCE
_Michael A. Zenk_, WARDEN
BY _Nete R. Archer_
LEGAL INSTRUMENTS EXAMINER

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL